No. 74–5188. ANDERSON v. ILLINOIS; and

No. 74–5230. DAVIS v. NEW YORK. Motions for leave to file petitions for writs of habeas corpus denied.

No. 73–1625. WILLIAMSON ET UX. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS;

No. 73–1690. PHELPS v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL.;

No. 73–1957. BEARDEN ET AL. v. FULTON, CHIEF JUDGE, U. S. DISTRICT COURT;

No. 73–6588. ANDERSON v. UNITED STATES;

No. 73–6660. MITCHELL v. NEW HAMPSHIRE;

No. 73–6862. CARTER v. RAYBURN, JUDGE;

No. 73–6952. HOUSE v. MARYLAND ET AL.;

No. 73–6954. ROSS v. LARKINS, U. S. DISTRICT JUDGE;

No. 73–7027. HARRELSON v. UNITED STATES ET AL.;

No. 73–7029. RANSOM v. FLORIDA;

No. 73–7111. DOLLAR v. NELSON, WARDEN;

No. 74–12. REA ET AL. v. UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT; and

No. 74–5084. FEATHERINGHAM v. OHIO ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 73–1822. PHELPS v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL.;

No. 73–1976. TALLANT ET AL. v. MOYE, U. S. DISTRICT JUDGE; and

No. 73–6740. PEARSON v. UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT ET AL. Motions for leave to file petitions for writs of mandamus and/or prohibition denied.

No. 73–6817. KIMBLE v. HAMILTON, JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition and other relief denied.